UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RICHARD STOVER,**

    **Plaintiff,**

  v.                                    Civil Action 2:22-cv-1789
                                                Judge Sarah D. Morrison
                                                Magistrate Judge Chelsey M. Vascura

**CAREFACTOR,** *et al.***,**

    **Defendants.**

## ORDER

This matter is before the Court on Defendant KEGutridge's Motion to File Administrative Record Under Seal. (ECF No. 41.) For good cause shown, the Motion is **GRANTED**. Defendant KEGutridge shall file the remainder of the administrative record in its possession **UNDER SEAL** pursuant to S.D. Ohio Civ. R. 5.2.1.

    IT IS SO ORDERED.

                                                /s/ *Chelsey M. Vascura*
                                                CHELSEY M. VASCURA
                                                UNITED STATES MAGISTRATE JUDGE